UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| YVONNE CLAYTON § § § Plaintiff § § VS. § § ANSE INVESTMENT GROUP LLC § § Defendant § | CIVIL ACTION NO. 4:24-cv-01718 |

## NOTICE OF SETTLEMENT

TO THE HONORABLE U.S. DISTRICT JUDGE:

The Parties wish to inform the Court that the instant case and disputes arising out of the issue in controversy have been settled. Parties are finalizing documents and will submit their dismissal documents within 30 days.

DATED: December 9, 2024                     Respectfully submitted,

                                           LAW OFFICES OF R. BRUCE THARPE
                                           PO Box 101
                                           Olmito, Texas 78575
                                           (956) 255-5111
                                           (866) 599-2596 - Fax

                           BY:     __/S/   R. Bruce Tharpe_____
                                           R. Bruce Tharpe
                                           Texas State Bar ID No. 19823800
                                           Federal Bar ID 13098
                                           PLAINTIFF'S COUNSEL

## CERTIFICATE OF SERVICE

I, R. Bruce Tharpe, hereby certify that a true and correct copy of the foregoing pleading was served upon all parties of record via email notification from the Southern District of Texas ECF system on December 9, 2024.

                                           */s/ R. Bruce Tharpe*
                                           R. Bruce Tharpe