## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| YVONNE CLAYTON | § | |
| | § | CIVIL ACTION NO. 4:24-cv-01718 |
| Plaintiff | § | |
| | § | |
| VS. | § | |
| | § | |
| ANSE INVESTMENT GROUP LLC | § | |
| | § | |
| Defendant | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
## PURSUANT TO FRCP 41(a)(1)

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, YVONNE CLAYTON

Plaintiff and ANSE INVESTMENT GROUP LLC, Defendant have reached a resolution

of Plaintiff's claims and pursuant to FRCP 41(a)(1)(A)(ii), request dismissal of all claims

against Defendant in their entirety and with prejudice.

### STIPULATION

It is stipulated by and between the parties hereto that this action be dismissed with

prejudice as to all parties and as to all causes of action with each party to bear their own

attorney's fees and costs.

DATED:    December 16, 2024    FOR YVONNE CLAYTON, Plaintiff

BY:    _/S/   R. Bruce Tharpe_____
R. Bruce Tharpe
PO Box 101
Olmito, Texas 78575
(956) 255-5111 - Office
(866) 599-2596 - Fax
Texas State Bar ID No. 19823800
Federal Bar ID 13098

DATED:      December 16, 2024      FOR ANSE INVESTMENT GROUP LLC,
                                   Defendant

                                   BY:___*/S/   Robert B. Pham*_____
                                   Mr. Robert B. Pham
                                   LAW OFFICES OF ROBERT B. PHAM, PC
                                   9999 Bellaire Blvd., Suite 1122
                                   Houston, Texas 77036
                                   (713) 298-2306 – Office