United States District Court
Southern District of Texas
**ENTERED**
December 18, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| YVONNE CLAYTON, § § Plaintiff, § § v. § ANSE INVESTMENT GROUP, LLC, § § Defendant. § | CIVIL ACTION NO. 4:24-1718 |

## ORDER OF DISMISSAL ON STIPULATION

The Court is in receipt of the joint Stipulation of Dismissal With Prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), filed December 16, 2024, in which the Parties stipulate to the dismissal of this case with prejudice. Accordingly, it is hereby

ORDERED that this case is DISMISSED with prejudice, with each party to bear its own costs and attorneys' fees.

The Clerk will enter this Order and notify all parties.

SIGNED at Houston, Texas, on December 17, 2024.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE